# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **DONALD JAMES WHEELER,** )<br>)<br>**Plaintiff** )<br>) **CIVIL NO. 1:05cv290**<br>v )<br>)<br>**GUILD INTERNATIONAL, INC. and** )<br>**MICHAEL S. WHEELER,** )<br>)<br>**Defendants.** ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Edward P. Simms to appear as additional counsel for the defendants in this matter filed on September 30, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Edward P. Simms is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: October 5, 2005**

Dennis L. Howell
United States Magistrate Judge