# United States District Court
# For The Western District of North Carolina
# Asheville Division

Donald James Wheeler,

        Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　1:05cv290

Guild International, Inc., et al,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion to Dismiss and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2005 Order.


　　　　　　　　　　　　　　　　　　　FRANK G. JOHNS, CLERK

November 15, 2005

　　　　　　　　　　　　　　　　　　　　　　s/Joan Gosnell
　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　Joan Gosnell, Deputy Clerk